RECEIVED
IN LAKE CHARLES, LA

JUL 20 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

VARCO I/P, INC.

-vs-

TESCO CORPORATION (U.S.), INC.

CIVIL ACTION NO. 05-0634

JUDGE TRIMBLE

## ORDER

Before the court is a motion to transfer the above-captioned case to the United States District Court for the Southern District of Texas, Houston Division filed by defendant Tesco Corporation (U.S.), Inc. ("Tesco") [Doc. #50]. Plaintiff Varco I/P, Inc. ("Varco") filed a response in opposition to the motion [Doc. #55]. The related case in the Southern District of Texas, styled Tesco Corporation (U.S.) v. Varco I/P, Inc., No. H-05-2118, is before the Honorable Lee H. Rosenthal. Considering the motion and response as well as the applicable law, this court GRANTS Tesco's motion to transfer.

As the first-filed court with respect to these closely related lawsuits, it is appropriate for this court to decide the forum in which the cases will proceed. W. Gulf Mar. Ass'n v. ILA Deep Sea Local 24, 751 F.2d 721, 729 (5th Cir. 1985). Initially the case before this court and the case in Houston involved different patents, claims, and defenses. Now, as the parties acknowledge, both cases focus on the invalidity and infringement of a single patent. Considerable discovery has taken place in Houston, where the parties are based, and a Markman briefing schedule has been set. Markman v. Westview Instruments, Inc., 517 U.S.

370, 116 S. Ct. 1384 (1996) (determining that interpretation of patent claims is issue for trial judge rather than jury). In the interests of avoiding duplicative litigation, transfer is proper.

It is ORDERED that this case be transferred to the United States District Court for the Southern District of Texas, Houston Division.

SIGNED on this 19 day of July, 2006, at Lake Charles, Louisiana.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE